SAM WILLIAMS V. THE STATE.

No. 10274.    Delivered June 2, 1926.

Manufacturing Intoxicating Liquor—No Statement of Facts—No Bills of
    Exception.

   This record contains neither statement of facts, nor bill of exception.
In such condition, nothing is presented to this court for review, and the
judgment is affirmed.

   Appeal from the District Court of Rusk County.  Tried below
before the Hon. R. T. Brown, Judge.

   Appeal from a conviction for manufacturing intoxicating
liquor, penalty one year in the penitentiary.

   No brief filed for appellant.

   *Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,*
Assistant State's Attorney, for the State.

   HAWKINS, JUDGE.—Conviction is for the manufacture of
intoxicating liquor, with the punishment assessed at one year
in the penitentiary.

   The record contains neither statement of facts nor bills of
exception.  In such condition nothing is presented to this court
for review and the judgment is affirmed.

*Affirmed.*